**WO**

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| United States of America, | |
|---|---|
| Plaintiff, | No CIV 05-1577-PHX-DKD |
| v. | **ORDER** |
| Phoenix Logistics, Inc., | |
| Defendant. | |

In consideration of the Stipulation to Dismiss With Prejudice filed by the parties;

It is hereby ordered that the matter is dismissed with prejudice, with each party to bear their own costs and attorneys' fees.

DATED this 27th day of April, 2006.

David K. Duncan
United States Magistrate Judge